IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. GL1580/01/AM1723,** | : : : : | |
| **Plaintiff,** | : : | **CIVIL ACTION** |
| v. | : : | **NO. 15-2876** |
| **CATA CONSTRUCTION, et al.,** | : : : | |
| **Defendants.** | : : | |

## ORDER

**AND NOW**, this __13th__ day of January, 2017, upon consideration of Plaintiff's uncontested Motion for Summary Judgment (Doc. 14), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum dated January 13, 2017.